IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **CASSIE LYNN ECHOLS,** *Plaintiff*, v. **Comm'r of SOCIAL SECURITY,** *Defendant*. | **CIVIL ACTION NO. 3:24-cv-00101-TES-AGH** |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

Before the Court is Plaintiff's Motion for Attorney's Fees [Doc. 13]. After reviewing relevant filings, the Court **GRANTS** Plaintiff's Motion pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).[1] Therefore, it is **ORDERED** that:

1. Plaintiff is awarded attorney's fees in the amount of $3,903.52.

2. As laid out by the Commissioner, any payment shall be made payable to "Plaintiff and delivered to Plaintiff's counsel, unless Plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that Plaintiff does not owe a federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay fees directly to Plaintiff's counsel." [Doc. 15, p. 2].

[*signature and date on following page*]

---

[1] The Commissioner filed a Response [Doc. 15] stating that he does not oppose an award of attorney's fees in the amount set forth in the Motion.

**SO ORDERED**, this 2nd day of April, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
